# United States Court of Appeals
### For the Eighth Circuit

_____

No. 24-1224
_____

United States of America

*Plaintiff - Appellee*

v.

Philip Lamar Nordvold, agent of PJ Nordvold

*Defendant - Appellant*

_____

Appeal from United States District Court
for the District of South Dakota - Central

_____

Submitted: August 15, 2024
Filed: August 20, 2024
[Unpublished]

_____

Before GRUENDER, SHEPHERD, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

Following his guily plea to being a felon in possession of a firearm, Philip Nordvold appeals the district court's[1] denial of his motion to dismiss the indictment.

---

[1]The Honorable Roberto Lange, Chief Judge, United States District Court for the District of South Dakota, adopting the report and recommendations of the

Upon careful review, we conclude that the district court did not err in denying his motion. Nordvold argues that 18 U.S.C. § 922(g)(1) is unconstitutional in light of New York State Rifle & Pistol Ass'n, Inc. v. Bruen, 597 U.S. 1 (2022) and United States v. Rahimi, 144 S. Ct. 1889 (2023), but that argument is foreclosed by our prior precedent. See United States v. Jackson, No. 22-2870, 2024 WL 3711155, at *4 (8th Cir. Aug. 8, 2024) (concluding that § 922(g)(1) is constitutional under Bruen and Rahimi; there is no need for felony-by-felony litigation regarding the constitutionality of § 922(g)(1)).

　　　Accordingly, we affirm.

_____

_____

Honorable Mark A. Moreno, United States Magistrate Judge for the District of South Dakota.